## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE CHARLENE EDWARDS HONEYWELL

| CASE NO. 8:17-cr-57-T-36MAP | DATE: June 28, 2017 |
|---|---|
| TITLE: USA v. **Hermenegildo Diaz-Antunez** | |
| TIME: 10:08 AM – 10:34 AM | TOTAL: 26 minutes |
| Courtroom Deputy: Bettye G. Samuel | Interpreter: Xavier Keogh |
| Court Reporter: Sharon Miller | Probation: Chad Cordwell |
| Counsel for Government:    Kristen A. Fiore | |
| Counsel for Defendant:    Tamara Eve Theiss | |

### CRIMINAL MINUTES

Court in session.

Interpreter previously sworn and Defendant is sworn.

Defendant adjudicated guilty as to Count One of the Indictment.

Defendant addressed the Court.

Counsel addressed the Court.

Government's *Oral Motion for a 4 Level Downward Departure Based on Fast Track* is GRANTED, for the reasons stated on the record.

IMPRISONMENT:  Time Served.

Supervised Release:  1 YEAR

Fine is waived.

Special Assessment: $100.00 (X)  To be paid immediately.

Special conditions of Supervised Release:

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. However, the Court orders Defendant to submit to random drug testing not to exceed 104 tests per year.

- Should Defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

- Defendant shall cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant advised of right to appeal and of right to counsel on appeal.

Defendant is hereby remanded to the custody of the United States Marshal to await such processing as is required by the Bureau of Immigration and Customs Enforcement.

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 10 |
| Criminal History Category: | III |
| Imprisonment Range | 10 - 16 months |
| Supervised Release Range | 1 - 3 years |
| Restitution: | N/A |
| Fine Range | $2,000 - $10,000 |
| Special Assessment | $100 |

Court adjourned